# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00376-CV

**Texas General Land Office and George P. Bush,
named in his Official Capacity as Texas Land Commissioner, Appellants**

**v.**

**City of Houston, Appellee**

---

### FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-20-003520, THE HONORABLE TIM SULAK, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

We reinstate this case from abatement. Appellants and Appellee have jointly moved to dismiss this appeal, citing the lack of any live controversy between the parties. We grant the joint motion and dismiss this appeal. *See* Tex. R. App. P. 42.1(a).

_____

Chari L. Kelly, Justice

Before Chief Justice Byrne, Justices Baker and Kelly

Dismissed on Joint Motion

Filed: July 8, 2021